■ JOSEPH G. SCHMITT et al., Respondents-Appellants, v. NATIONWIDE MUTUAL INSURANCE Co., Appellant, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Respondent. — Judgments affirmed, without costs of these appeals to any party. All concur. (Appeal by each plaintiff from a separate judgment of Monroe County Court dismissing the respective complaints as to defendant American Mutual Liability Insurance Co. at close of plaintiffs'

case; also appeal by defendant Nationwide Mutual Insurance Co. from each of two judgments of the same court for plaintiffs, in an action by a judgment creditor under an automobile liability policy.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.